# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROGER OPSETH**                                                                                    **PLAINTIFF**

v.                                            No. 4:24-cv-98-DPM

**PLEASANT VALLEY COUNTY CLUB**                              **DEFENDANT**

## ORDER

Joint motion to dismiss, *Doc. 14*, granted. The proposed settlement—as modified, *Doc. 14-1*—is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the parties negotiated the attorney's fees and costs separately. *Barbee*, 927 F.3d at 1027. The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2024