# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROGER OPSETH                                                                      PLAINTIFF

v.                               No. 4:24-cv-98-DPM

PLEASANT VALLEY COUNTY CLUB                 DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 16 December 2024 to enforce the parties' settlement.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 October 2024